AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Johnson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:22-cv-01370-C |
| | ) |
| Bank of America National Association et al | ) |
| *Defendant* | ) |

**Summons in a Civil Action**

**TO:** Bank of America National Association
100 N Tryon St
Charlotte, NC 28202

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

   Joseph Panvini
   4250 N. Drinkwater Blvd. Ste. 320
   Scottsdale , AZ 85251

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 06/24/2022

*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 3:22-CV-01370-C

Plaintiff:
**Jeremy Johnson**
vs.
Defendant:
**Bank of America, N.A.; et al**

For: McCarthy Law PLC

Received by Front Range Legal Process Service, Inc. to be served on **Bank Of America, National Association, 100 N Tryon St, Charlotte, NC 28202**. I, _Michael VanKeuren_, do hereby affirm that on the _6_ day of _July_, 20_22_ at _3:05 p_.m., executed service by delivering a true copy of the **Summons In A Civil Action; Complaint; Magistrate Consent Form; Certificate of Interested Persons/Disclosure Statement; Civil Cover Sheet** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
(X) CORPORATE SERVICE: By serving _Matt Smith_ as _Authorized Agent_.
( ) POSTING _____

(X) DESCRIPTION ) Age _34_ Sex _M_ Race _white_ Height _6'1_ Weight _210_ Hair _Bro._ Glasses _No_

( ) OTHER SERVICE: As described in the Comments below by

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Michael VanKeuren_

PROCESS SERVER # _N/A_
Appointed in accordance with State Statutes

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2022006135

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k